## George Gough, Defendant in Error, v. A. W. Bensinger, Plaintiff in Error.

### Gen. No. 18,472.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. ROBERT H. SCOTT, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed November 20, 1913.

### Statement of the Case.

Action by George Gough against A. W. Bensinger for wages. From judgment against defendant for $46.50 and $10 attorney's fees, taxed as costs, defendant brings error.

GOODMAN, FRANK & COLBERT, for plaintiff in error; CHARLES GOODMAN, of counsel.

STAHL & LEWALD, for defendant in error.

MR. JUSTICE FITCH delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1411*—*when verdict affirmed on conflicting evidence.* A verdict for a plaintiff on conflicting evidence will be affirmed where the court finds no fact or circumstance from the record which gives more weight to defendant's denials than to plaintiff's assertions.

2. MASTER AND SERVANT, § 88*—*when entitled to attorney's fees without proving service of demand.* A plaintiff suing for wages is entitled to an allowance for attorney's fees without affirmative proof that a written demand was served three days before the bringing of suit, where such fact is alleged in the verified statement of claim and is not denied by the affidavit of merits of defense.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.